07143003 - MALONE, PERRY - Unit: JES-F-B

FILED DEC 15 '16 PM 12:44 USDCALS

| | | |
|---|---|---|
| To: Chief Judge William H. Steele<br>and<br>Senior Judge Charles R. Butler, Jr. | From: Perry Malone- 07143-003<br>F.C.I Jesup<br>2680 Hwy 301 South<br>Jesup, GA 31599 | December 12, 2016 |

To the honorable Chief Judge William H. Steele and Senior Judge Charles R. Butler, Jr: I greatly appreciate your willingness to invest a few moments of your valuable time, to read my letter. It has been on my heart to share with both of you, some vital truths regarding the origin of my case(s), that you may or may not be aware of. Before I began, please know that I have the utmost respect and honor for the both of you, as well as for the office that you uphold. There is no decision that either of you have made or will make in the future, on my behalf that would change that.

What led me to write the both of you, was due to an experience that I had with my son when he had came up here to visit with me one day. He literally ripped my heart out, when he confided in me and told me that he does not know who he is. As a father, one who has always loved and had a close relationship with my children, I've never felt so helpless than I did at that moment in life. My son visiting me, being almost 30 years of age and does not know who he is, all because his father made some terrible decisions in life that resulted in him having to figure out how to become a man on his own. What's even more hurtful, is the fact that the lord has graced me with a changed heart and the wisdom, to not only help lead my son in the right direction, but so many other young men out there that are on the wrong path in life, who also grew up without their father.

Judge Butler, I thank you for being my only advocate during the preliminary hearings in my case, particularly the Kastargar hearings. You also stated that my argument was plausible and that there just wasn't enough evidence at that time for you to rule in my favor. You also stated that, providing that more or additional evidence were discovered, that you would be willing to reopen the Kastargar hearing.

In my 2255 petition that is on record, you will find addition evidence that would support my claim of having an agreement with the government, that I wouldn't be prosecuted for the information that I was to provide on behalf of my mother-in-law, in exchange for her receiving a sentence reduction. I am persuaded that the honorable Judge Vollmer, agreed with me, after reviewing the evidence in my 2255 petition, which was why he agreed to hear my case in spite of the government's argument that I was time barred.

But I want take up anymore of your time with this issue in this letter. Please allow me to now give the both of you an accurate account of how and why I was targeted by government agents in the investigation of a murder. My attempt to do so, is not to say that I did not or was not a low-level drug dealer. As a man of God, knowing that I will someday stand before Him and give an account for the wrong that I've done while here on earth, I take full responsibility for my actions and the mistakes that I've made in the past and I do regret having made them.

I believe that the image and the perception of who I am as a person, have been mischaracterized by government officials, as a tactic of their pursuit to pressure me into providing them with information regarding a murder that I know nothing about. Although I do understand their logic, being that I have provided them with pertinent information in the past, on numerous occasions, which resulted in the arrest and conviction of more than a few individuals, including a murder case. But when agent Walton had told me that he believed that I had knowledge of the individual(s) that had murdered his informant; I asked him why he had felt that way, his response was simply because, "You, (meaning myself) knows everything.)

While they were making fun of the fact that my attorney Barry Hess was dying of cancer and stating that he wouldn't be able to help me get out of this one; and after repeatedly and truthfully telling Agent Walton and others, the night of my arrest, that I had no knowledge of this crime; Agent Walton, not only pulled out his gun and threatened to assault me with it, if I did not tell him what he wanted to know, but he also promised me that if I didn't, that he would make sure that I would get the death penalty for the murder, not to mention a life sentence on drug charges, by any means necessary. He also told me that his 20 year career was not going down the drain over this.

While experiencing one of the most fearful nights of my life, I told him that these things just isn't the truth; his reply was, "Everyone lies, what matters is, who can lie better." This was the second time that my life and freedom was threatened to be taken away fraudulently by agent Donald Walton. The first time, was months prior to that night, when I was cooperating with Agent Walton in exchange for a lenient sentence on a pending charge. Agent Walton was adamant about me having to do a

07143003 - MALONE, PERRY - Unit: JES-F-B

----------------------------------------------------------------------------------------

little prison time and probation was not an option. At the time that the drug transaction was to take place, Agent Walton was out of town and he had given me permission to work with another officer.

This particular officer had a different arrangement in mind. His proposal was that, if I were to convince the drug supplier to bring at least two kilograms of cocaine, I wouldn't get any prison time. When Agent Walton came back in town and discovered what had taken place and that I didn't receive any prison time; he was furious with me and my attorney Barry Hess. He then called me to express his disappointment and to let me know that he was going to put me in prison one way or another. One of those ways, was getting other agents involved and getting them to agree with me and Attorney Barry Hess's terms of allowing me to cooperate with them in exchange for my mother-in-law receiving a sentence reduction, only to deny the existence of that agreement once they had successfully received a sufficient amount of testimony from me regarding the case, to where they could possibly bring charges against me.

Your honor, I am persuaded that if each of you would review court documents that I had filed pro se in my habeas petition some years ago, you would find evidence of deception and fabrication on the behalf of certain government officials, in their attempt to take away my freedom and possibly my very life. Providing that the documents are no longer on file, I would be more than happy to provide them to you again. Your honor, I just want another opportunity to reunite with my family and loved one's once again an to help make a difference in society. If nothing else, I would like to thank each of you for your invaluable time in this matter and to apologize for writing such a lengthy letter. It is prayer that the both of you would prosper and be in good health, even as your souls prosper.  God speed!

                                                                                                     Perry Malone

Perry Malone 07143-003
Federal Correctional Institution
2680 Hwy 301 South
Jesup, GA 31599



⇔07143-003⇔
Judge Charles R Butler Jr
U.S. Courthouse
113 Saint Joseph ST
Mobile, AL 36602-3621
United States

FCI JESUP
DEC 1 2 2016
Mail Room/R&D

FEDERAL CORRECTIONAL INSTITUTION
2680 HIGHWAY 301
JESUP, GA 31599   DATE_____
THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION YOU MAY WISH TO
RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION.
IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSE,
PLEASE RETURN THE ENCLOSURE
TO THE ABOVE ADDRESS.

...LEGAL MAIL...

36602-367099