IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|    Plaintiff, | ) | 98cr183 |
| | ) | |
| v. | ) | |
| | ) | **Judge William H. Steele** |
| PERRY MALONE | ) | |
|    Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above named case, PERRY MALONE, by TDC Law Office and his attorney, MIANGEL CODY, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's Order denying Mr. Malone's Motion for Relief Pursuant to the First Step Act (Doc. No. 265). The Order to which appeal is taken is docketed as Doc. No. 281 and was entered on the docket on August 13, 2020.

Dated this 19th day of August, 2020.

                                                   Respectfully submitted,

                                                   s/

                                                   _____
                                                   MiAngel C. Cody
                                                   *Counsel for Perry Malone*
                                                   TDC Law Office
                                                   1325 S. Wabash Ave., Ste 305
                                                   Chicago, Illinois 60605
                                                   Telephone: (312) 621-8333
                                                   Fax: (312) 858-8334

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | 98cr183 |
| | ) | |
| v. | ) | |
| | ) | **Judge William H. Steele** |
| **PERRY MALONE** | ) | |
| Defendant. | ) | |

## DOCKETING STATEMENT

This is an appeal from a final decision of the United States District Court for the Southern District of Alabama. The prosecution of Perry Malone was brought pursuant to Title 21, United States Code, Sections 841(a)(1), 846. The district court had jurisdiction pursuant to 18 U.S.C. § 3231. The Court of Appeals for the Eleventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a).  The Order to which this appeal is taken was docketed on August 13, 2020. Mr. Malone filed his timely Notice of Appeal on August 19, 2020.

Respectfully submitted,

s/ _____

MiAngel C. Cody
*Counsel for Perry Malone*
TDC Law Office
1325 S. Wabash Ave., Ste 305
Chicago, Illinois 60605
Telephone: (312) 621-8333
Fax: (312) 858-8334